IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-379-GCM

| | |
|---|---|
| HOME DECOR HOLDING CO. ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| NEOPORTE, INC. ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff Home Decor Holding Co. to allow **David Leichtman** to appear *Pro Hac Vice*, dated September 21, 2007 [doc #6].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Leichtman has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: September 24, 2007

Graham C. Mullen
United States District Judge