IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

HOME DECOR HOLDING CO., n/k/a/ :
HOME DECOR HOLDING, LLC, d/b/a :
RENIN CORP.,                    :    **Case No. 3:07 CV 00379-GCM**
                                :
            Plaintiff,          :    **ORDER MODIFYING BRIEFING SCHEDULE**
      v.                        :    **FOR MOTION AND TIME TO ANSWER**
                                :
NEOPORTE, INC.,                 :
                                :
            Defendant.          :

THIS MATTER having been brought before the Court on a joint motion ("Consent Motion") for an order modifying the briefing schedule for the Motion To Enjoin Neoporte From Proceeding In Second-Filed Action ("Motion To Enjoin") (Docket Index No. 12) and for an order modifying the time for Defendant to file and serve the Answer or other responsive pleading to Plaintiff's Complaint, and the Court, having considered the Consent Motion and the agreement of the parties,

IT IS HEREBY ORDERED that the Motion is GRANTED and

(1) The Defendant has up to and including February 28, 2008 to file and serve its response to the Motion To Enjoin;

(2) The Plaintiff has up to and including March 19, 2008 to file and serve its reply in further support of the Motion To Enjoin; and

(3) The time within which the Defendant must file and serve the Answer or other responsive pleading to Plaintiff's Complaint is extended up to and including

thirty (30) days after the Court issues its decision on the Motion To Enjoin.

IT IS SO ORDERED.

Signed: February 4, 2008

Graham C. Mullen
United States District Judge