IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-379-GCM**

| | |
|---|---|
| HOME DECOR HOLDING CO., n/k/a ) | |
| HOME DECOR HOLDING, LLC d/b/a ) | |
| RENIN CORP., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| NEOPORTE, INC., ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff Home Decor Holding Co. to allow **Maura Eileen O'Connor** to appear *Pro Hac Vice*, dated March 5, 2008 [doc # 17].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. O'Connor has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 18, 2008

Graham C. Mullen
United States District Judge